

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2015

No. 04-14-00922-CV

John E. **RODARTE**,
Appellant

v.

**TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICE**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-12625
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

John E. Rodarte Sr., an inmate acting pro se, has filed a notice of appeal stating that he wishes to appeal the trial court's December 12, 2014 order in trial court cause number 2010-CI-12625. Rodarte asserts he is indigent and unable to prepay the costs of the appeal. Rodarte has filed a copy of his inmate trust account statement and a list of his previous pro se actions.

We ORDER the clerk of this court to send copies of Rodarte's filings regarding indigence to the trial court clerk, the court reporter, and all parties. *See* TEX. R. APP. P. 20.1(d)(2).

We further ORDER the clerk, the court reporter or any party may challenge the claim of indigence by filing a contest in our court within 10 days from the date of this order. *See* TEX. R. APP. P. 20.1(e).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court